IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-10605
_____


In The Matter Of: GREAT PLAINS PIPELINE
                  CONSTRUCTION, INC.,

                                                    Debtor.

MILLER & MILLER AUCTIONEERS,
INCORPORATED, also known as
Bill Miller Associates, Incorporated,

                                                    Appellant,

                            versus

FLOYD HOLDER, Trustee for the
Great Plains Pipeline Construction,
Incorporation; MAX R. TARBOX,
Trustee for Great Plains Equipment,
Incorporated,

                                                    Appellees.

_____

Appeal from the United States District Court for the
              Northern District of Texas
                   (5:97-CV-73-C)
_____
                 February 11, 1998

Before GARWOOD, JOLLY, and HIGGINBOTHAM, Circuit Judges.

PER CURIAM:[*]

       The judgment of the district court is AFFIRMED.  See 47.6.

_____

       [*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

A F F I R M E D.